IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LAI MADDEN * | |
| * | |
| Plaintiff * | |
| * | |
| V. * | |
| * | NO: 4:12CV00031 SWW |
| TRIVEST McCAIN LLC, d/b/a * | |
| McCAIN PARK APARTMENTS and * | |
| TRIVEST RESIDENTIAL LLC * | |
| | |
| Defendant | |

## ORDER

Before the Court is Plaintiff's motion to voluntarily dismiss claims against separate defendant Trivest McCain LLC, d/b/a McCain Park Apartments (docket entry #9). The time for responding has passed and no objections have been filed.

IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss claims against Trivest McCain LLC, d/b/a/ McCain Park Apartments (docket entry #9) is GRANTED. Plaintiff's claims against Trivest McCain LLC, d/b/a McCain Park Apartments are DISMISSED WITHOUT PREJUDICE, and Defendant Trivest McCain LLC, d/b/a McCain Park Apartments is dismissed as a party to this action.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE