IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAI MADDEN**                                                                                     **PLAINTIFF**

v.                               **CASE NO. 4:12-cv-00031-KGB**

**TRIVEST RESIDENTIAL, LLC**                                                     **DEFENDANT**

ORDER OF DISMISSAL

Pending is the parties Joint Motion to Dismiss. The Court has been advised that the parties have resolved this matter. Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 27 day of June, 2012.

_____
Kristine G. Baker
United States District Judge